# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF J.P. MORGAN CHASE COMMERCIAL MORTGAGE SECURITIES TRUST 2007-CIBC18 COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-CIBC18, <br><br> Plaintiff, <br><br> v. <br><br> LOUISIANA INDUSTRIPLEX LLC, 2040 TOLEDO ROAD LLC, INDIANA CIRCLE LLC, RIVERSIDE INDUSTRIAL LLC & 842 VIRGINIA RUN LLC, <br><br> Defendants. | No. 2:15-cv-02272-JPM-cgc |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation filed by Magistrate Judge Claxton on November 17, 2016. (ECF No. 81.) The Report and Recommendation contains proposed findings of fact and recommendations pursuant to the Confirmation of Sale Hearing held on November 4, 2016. (Min. Entry, ECF No. 79.)

Pursuant to Federal Rule of Civil Procedure 72(b)(2), "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific

written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). No objections to the Report and Recommendation have been filed, and the time for filing objections expired on November 21, 2016. See Fed. R. Civ. P. 5(b)(2), 6(d), 72(b)(2).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee notes. On clear-error review of the Magistrate Judge's Report and Recommendation, the Court hereby ADOPTS the Report and Recommendation (ECF No. 81) in its entirety.

**IT IS SO ORDERED**, this 22nd day of November, 2016.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE